DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORI LOEFFLER,**
Appellant,

v.

**ANTHONY WEICHERDING,**
Appellee.

No. 4D13-2836

[October 21, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Alfred J. Horowitz, Judge; L.T. Case No. 11-11391 FMCE (38).

Lori Loeffler, Coconut Creek, pro se.

Terrence P. O'Connor of Morgan, Carratt and O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

CIKLIN, C.J., GERBER, J., and JOHNSON, LAURA, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***